EXHIBIT "D"

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF OHIO
 2  WESTERN DIVISION (CINCINNATI)
    - - - - - - - - - - - - - - - - - - - x
 3  MAFCOTE, INC.,

 4                     Plaintiff,

 5       -against-

 6  GENATT ASSOCIATES, INC.,

 7                     Defendant.

 8  - - - - - - - - - - - - - - - - - - - x

 9                     140 Broadway
                       New York, New York
10

11                     September 20, 2006
                       1:04 p.m.
12

13       DEPOSITION of JOSEPH BLUMBERG, an

14  expert witness in the above-entitled action,

15  held at the above time and place, pursuant to

16  Notice, taken before Carol Vilardi, a shorthand

17  reporter and Notary Public within and for the

18  State of New York.

19

20

21

22

23

24

25
```

22
 1            Blumberg              22
 2 "the broker should have advised the insured
 3 that the correct way to submit the claim would
 4 have been for Miami to have suffered and
 5 processed the entire loss." What I am asking
 6 you is: If Genatt had no advance notice that
 7 Royal Consumer Products was purchasing this
 8 paper, how could Genatt have breached a duty in
 9 this regard?
10     A    I'm not sure I can answer that.
11     Q    Why not?
12     A    Again, because I don't know what
13 information had transpired between Genatt and
14 Mafcote prior to.
15     Q    Fair enough. I'll ask you to
16 assume that Genatt was never informed in
17 advance that the Royal Consumer Products
18 affiliate would purchase third-party product.
19 If you make that assumption, then is it your
20 opinion that Genatt should have advised Mafcote
21 to have the Miami affiliate purchase that
22 product?
23     A    I would think that Genatt did not
24 have any idea as to what they were doing.
25     Q    When you say "they," you are

                                      23
 1            Blumberg              23
 2 referring to Mafcote?
 3     A    Mafcote. That they would not have
 4 been in a position to respond.
 5     Q    Are you aware of the timing of the
 6 CNA claim handlers and when they got involved
 7 in the adjustment of this claim?
 8     A    Yes.
 9     Q    What is your understanding of that
10 timing?
11     A    My understanding of the timing was
12 that the accident occurred on or about July 16,
13 2001. The claim was reported to CNA on or
14 about August 14th -- 13th or 14th of 2001.
15     Q    Is it your understanding that CNA
16 immediately assigned a claim adjuster?
17     A    Yes.
18     Q    Going back to your opinion about
19 Miami submitting the extra expense claim. Is
20 it actually your opinion that this policy,
21 purely from a coverage standpoint, could have
22 provided insurance coverage for this loss? You
23 state, "CNA would have had to pay the claim."
24     A    Yes.
25     Q    So, it's your opinion the policy

                                      24
 1            Blumberg              24
 2 did cover the claim, but the claim was
 3 improperly submitted?
 4     A    I have somewhat mixed feelings
 5 there.
 6     Q    What are they -- the feelings?
 7     A    My feelings are that if the insured
 8 had been aware of what ultimately the court
 9 held to be the situation, that they would have
10 processed the claim through Miami. I also
11 believe that if Genatt were aware of that
12 exposure, that they should have provided
13 coverage for it. I don't know if that answers
14 your question or not.
15     Q    Do you know precisely when the
16 third party purchases were made by Royal
17 Consumer Products?
18     A    No.
19     Q    I show you what's been marked as
20 Exhibit 5. Is this a document that you have
21 seen before? This is an October 29, 2001
22 letter from Steven Shulman to Nick Bozovich
23 that contains a variety of schedules.
24     A    I believe that I have seen that.
25     Q    Have you also ever seen the Floex

                                      25
 1            Blumberg              25
 2 invoices?
 3     A    I did not check the invoices or the
 4 dates of the invoices that are attached.
 5     Q    Are you aware that the Floex
 6 invoices that are at issue in this suit relate
 7 to purchases made in July of 2001?
 8     A    No.
 9     Q    Is it your understanding that CNA's
10 liability for insurance coverage began upon the
11 report of the loss to CNA?
12     A    I know that's the -- that they have
13 taken that their liability began twenty-four
14 hours prior to the time of the report.
15     Q    Do you disagree with that position?
16     A    Do I disagree with that? According
17 to their policy, that's what it says.
18     Q    So, that period of liability, the
19 onset of it, is an accurate statement of the
20 coverage?
21     A    It's an accurate statement of
22 coverage. The unfortunate thing is it got
23 reported to the prior carrier.
24     Q    So, if Floex purchases were made in
25 July of 2001 prior to being reported to CNA, is