EXHIBIT "F"



# Mafcote Inc.

VIA FACSIMILE (516) 869-8765

August 14, 2001

Ed Digioia
Genatt Associates, Inc.
3333 New Hyde Park Road
New Hyde Park, NY 11042

Dear Ed:

Enclosed please find the report on the boiler problem. Despite the memo, the boiler may not be repairable and we are suffering business interruptions. We could default on about $1 million in sales unless we re-establish the steam from a boiler. A new boiler including installation may exceed $25,000 in cost. We would like an inspection to determine the cause of the boiler's failure ASAP.

Sincerely,

Steven A. Schulman
President

SAS:lss
Enclosure



Joint
EXHIBIT 13
Melissa Kelly 9/18/2006

Mafcote Inc. • 108 Main Street • Norwalk CT 06851
phone - (203) 847-8500 • fax - (203) 849-0177

Case No. 1:04cv853
M000152

# Miami Wabash Paper Company, Inc.
413 Oxford Road
Franklin, Ohio 45005
Phone: 937-746-6451
Fax: 937-746-2139

# FAX TRANSMITTAL

NUMBER OF PAGES INCLUDING THIS SHEET: _____   DATE: 8-13-01

TO: SAS

FAX NO: HQ

FROM: BK

[✓] Urgent   [✓] For Your Review   [ ] Reply ASAP   [ ] Please Comment

**REMARKS:**

Steve,

① The Boiler ruptured on 7/26/01
② The reason is either mud or scale buildup
③ Mud & scale was removed 18 months ago for the first time when I had boiler serviced. It had not been service since installation. Service by Combustion Equipment.
④ Repair inspector will be in 8-14-01. Repair cost projected to be $5,000.00 to boiler.

Case No. 1:04cv853
M000156

# Combustion Equipment Co., Inc.

22 E. Nottingham Road
Dayton, OH 45405

## Proposal

Phone 937-228-5414  Fax 937-277-5381

To

Miami Valley Paper Company, Inc.
413 Oxford Road
Franklin, OH 45005

| DATE | Proposal # |
|---|---|
| 8/9/01 | 200264 |

Price Good Till  10/9/01

TERMS

Net 30

Attn: Bob K.

| DESCRIPTION | TOTAL |
|---|---|
| We are pleased to quote you on the following replacement boiler for your plant. | 0.00 |
| To furnish one (1) Columbia CT35 vertical steam gas fired boiler. We will remove old boiler, install new, tie into existing stack, steam header, feedwater and blowdown system. Fire, setup, and 1 year warranty on material and labor. | 24,749.00 |
| Any other repairs required by inspectors, to be extra after approval first. | 0.00 |
| Freight is F.O.B. Factory. Approx. shipping time is 1-2 weeks | 0.00 |
| Please add any tax that may be required. | 0.00 |
| | 0.00 |

Thank you for the opportunity of serving you as we have in the past.

**TOTAL  $24,749.00**

Accepted _____

Date _____

SIGNATURE _[signature]_

Case No. 1:04cv853
M000153

# PICKREL BROS. INC.
**801 S. PERRY ST., DAYTON, OHIO 45402**
WHOLESALE DISTRIBUTORS

No. BODY UP 3 MTU.
V 252327

DATE ENTERED: 1/31/95

SOLD TO: MIAMI VALLEY PAPER COMPANY
413 OXFORD ROAD
FRANKLIN, OHIO 45039

SHIP TO: D--- SL. S OX HR
Lot- p. 5 to 54, A
Railing MC 4th 746 6452

YOUR ORDER NO: 6002
SALESMAN: A.M. Brown

| QUANTITY ORDERED | B.O. | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | | Lattner Gas fired 55 | 15430.00 | 15430.00 |
| 2 | | | HP HRT 30/Hr 1000 | | |
| 3 | | | 16 Stm- Pr HR 3-50 | | |
| 4 | | | 1/2 Insurance tnl 50 x 6 | | |
| 5 | | | Stm S-- Relief Jb- | | |
| 7 | | | L-5837 | | |

Per Inv V3461343
for for charge

Installation not included

MATERIAL TOTAL: 15430.00
FREIGHT: —
TAX: 1009.00
TOTAL: 16439.00

**LATTNER BOILER MFG. CO.**
1411 9TH Street SW
P.O. Box 1527
Cedar Rapids, IA 52406
319-366-0778

**SOLD TO:**
Pickrel Bros. Inc.
901 South Perry
Dayton, OH 45402
513/461-5960

**SHIP TO:** NOTIFY OFFICE BEFORE SHIPPING
Miami Valley Paper Co.
413 Oxford Road
Franklin, OH 45005

MARK: P.O. #V252327

| ACCOUNT NO. | DATE RECEIVED: 2/2/95 | DATE SHIPPED: | PROMISED DATE 3/3/95 |
|---|---|---|---|
|  | TERMS: net 30 days | INV. NO.: | SALESPERSON: fax |
| SHIP VIA best way | ☐ PPD  ☒ COL  ☐ COD | FOB SHIPPING POINT: Cedar Rapids, IA | |

| QTY. | PART NO. | DESCRIPTION | LIST UNIT PRICE | TOTAL LIST EXTENSION | DISCOUNT % | TOTAL NET AMOUNT |
|---|---|---|---|---|---|---|
| 1 | | 35 H.P. gas-fired POWERPLUS with "S" equipment Standard controls RX7890 flame safeguard w/ runner pilot Safety shut-off valve on thermocouple pilot 2nd safety shut-off solenoid gas valve Motorized gas valves to have fixed orifice in bypass line, drill A Motorized valve to stack end to have end switch to energize valve opposite stack end Furnish lever handle gas cock on gas inlet Maxitrol 3/8" Model 325-3 gas pressure regulator on pilot gas line U/L label CSD-1

BTU: 1050
S.G.: .61
Drill size: 9/32
S.V.: (2) 1" - 150# | | | | |

RECEIVED FEB 07 '95 PICKREL BROS, INC. DAYTON, OHIO

**SPECIAL INSTRUCTIONS:**
CALL DAN @513/461-5960 24 HOURS BEFORE SHIPPING

SUB-TOTAL
TAX (if applicable)
SHIPPING or HANDLING
MISC. CHARGES
BALANCE DUE ▶

Case No. 1:04cv853
M000155