EXHIBIT "G"

NONE

# PROPERTY LOSS NOTICE

**CNA**

DATE: 08/14/01

| PRODUCER PHONE (A/C, No, Ext): (516)869-8666 | MISCELLANEOUS INFO (Site & location code) YORK COMMERCIAL CLAIMS | DATE OF LOSS AND TIME 07/26/2001 12:00:00 AM/PM: X PM | PREVIOUSLY REPORTED YES / NO |
|---|---|---|---|

GENATT ASSOCIATES INC. 516-869-8788 FAX
3333 NEW HYDE PARK ROAD
NEW HYDE PARK NY 11042
5168698765
CODE: 730021793   SUB CODE:
AGENCY CUSTOMER ID

| POLICY TYPE | COMPANY AND POLICY NUMBER | NAIC CODE | POLICY DATES |
|---|---|---|---|
| PROP/HOME | CO: CNC-CNA COMMERCIAL LINES POL: BM1098742493 (T) | BM | EFF:06/08/2001 EXP:06/08/2002 |
| FLOOD | CO: POL: | Co | EFF: EXP: |
| WIND | CO: POL: | Code 01 | EFF: EXP: |

## INSURED

| NAME AND ADDRESS OF INSURED | DATE OF BIRTH | NAME AND ADDRESS OF INSURED (CONTACT) |
|---|---|---|
| MAFCOTE INDUSTRIES 108 MAIN STREET NORWALK CT 06851 | SOC SEC #: | BOB KAMINSKY 413 OXFORD ROAD FRANKLIN OH 45005 |

RESIDENCE PHONE (A/C, No)   BUSINESS PHONE (A/C, No, Ext) (203)847-8500

NAME AND ADDRESS OF SPOUSE (IF APPLICABLE)   FAX 203-849-9177

DATE OF BIRTH
SOC SEC #:

RESIDENCE PHONE (A/C, No) (999)999-9999
WHERE TO CONTACT: WORK

BUSINESS PHONE (A/C, No, Ext) (513)746-6451
WHEN TO CONTACT:

## LOSS

LOCATION OF LOSS: 413 OXFORD ROAD, FRANKLIN OH 45005

POLICE OR FIRE DEPT TO WHICH REPORTED

| KIND OF LOSS | FIRE | LIGHTNING | FLOOD | OTHER (explain) X MACHINERY LOSS | PROBABLE AMOUNT ENTIRE LOSS 0.00 |
|---|---|---|---|---|---|
| | THEFT | HAIL | WIND | | |

DESCRIPTION OF LOSS & DAMAGE (Use separate sheet, if necessary)
INSURED HAS DAMAGE TO BOILER. DUE TO DAMAGED BOILER, INSURED HAS BUSINESS INTERUPTION.

**RUSH**

## POLICY INFORMATION

MORTGAGEE   LIENHOLDER(S) NOT AVAILABLE
☐ NO MORTGAGEE

HOMEOWNER POLICIES SECTION 1 ONLY (Complete for coverages A, B, C, D & additional coverages. For Homeowners Section II Liability Losses, use ACORD 2)

| A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | DEDUCTIBLES | DESCRIBE ADDITIONAL COVERAGES PROVIDED |
|---|---|---|---|---|---|
| | | | | | ON |

COVERAGE A. EXCLUDES WIND
SUBJECT TO FORMS (Insert form numbers)

FIRE, ALLIED LINES & MULTI-PERIL POLICIES (Complete only those items involved in loss)

| ITEM | SUBJECT OF INSURANCE | AMOUNT | % COINS | DEDUCTIBLE | COVERAGE AND/OR DESCRIPTION OF PROPERTY INSURED |
|---|---|---|---|---|---|
| | BLDG ☐ CNTS ☐ | | | | 7A114546 XR |
| | BLDG ☐ CNTS ☐ | | | Pledge | BM-50,000,000 |
| | BLDG ☐ CNTS ☐ | | | | ded See Form-Multi Ded |

SUBJECT TO FORMS (Insert form numbers & in edition dates, special deductibles)

| FLOOD POLICY | BUILDING: | DEDUCTIBLE: | ZONE | PRE FIRM POST FIRM | DIFF IN ELEV | FORM TYPE | GENERAL DWELLING | CONDO |
|---|---|---|---|---|---|---|---|---|
| | CONTENTS: | DEDUCTIBLE: | | | | | | |

| WIND POLICY | BUILDING | DEDUCTIBLE | CONTENTS | ZONE | FORM TYPE | GENERAL DWELLING | CONDO | 8/14/01 |
|---|---|---|---|---|---|---|---|---|

REMARKS/OTHER INSURANCE (List companies, policy numbers, coverages & policy amounts)/ANY ONLY; PREVIOUS ADDRESS OF INSURED & WIFE'S MAIDEN NAME
AGENT HAS ESTIMATES AND CORRESPONDENCE FOR ADJUSTER.

RCD 12:24 AUG 14'01 YORK

| CAT # | FICO # | ADJUSTER ASSIGNED | | ADJUSTER # | DATE ASSIGNED 8/14/01 |
|---|---|---|---|---|---|

| REPORTED BY JOANNE PITTIDES-AGENT | REPORTED TO CNC/FNS CALL#:572684-12:01 EST | SIGNATURE OF INSURED BY TELEPHONE | SIGNATURE OF PRODUCER |
|---|---|---|---|

Joint
EXHIBIT 14
Melissa Kelly 9/18/2006

C 0275


# Mafcote Inc.

VIA FACSIMILE (516) 869-8765

August 14, 2001

Ed Digioia
Genatt Associates, Inc.
3333 New Hyde Park Road
New Hyde Park, NY 11042

Dear Ed:

Enclosed please find the report on the boiler problem. Despite the memo, the boiler may not be repairable and we are suffering business interruptions. We could default on about $1 million in sales unless we re-establish the steam from a boiler. A new boiler including installation may exceed $25,000 in cost. We would like an inspection to determine the cause of the boiler's failure ASAP.

Sincerely,

Steven A. Schulman
President

SAS:lss
Enclosure

Mafcote Inc. • 108 Main Street • Norwalk CT 06851
phone - (203) 847-8500 • fax - (203) 849-9177
www.mafcote.com

C 0276

# Miami Wabash Paper Company, Inc.
413 Oxford Road
Franklin, Ohio 45005
Phone: 937-746-6451
Fax: 937-746-2139

# FAX TRANSMITTAL

NUMBER OF PAGES INCLUDING THIS SHEET: _____ DATE: 8-13-01

TO: SAS

FAX NO: HQ

FROM: BK

[✓] Urgent  [✓] For Your Review  [ ] Reply ASAP  [ ] Please Comment

REMARKS:

Steve,

① The Boiler ruptured on 7/26/01
② The reason is either mud or scale buildup.
③ Mud & scale was removed 18 months ago for the first time when I had boiler serviced. It had not been service since installation. Service by Combustion Equipment.
④ Repair inspector will be in 8-14-01. Repair cost projected to be $5,000.00
⑤ ... quote to replace old boiler ...

C 0277

# PICKREL BROS. INC.

901 S. PERRY ST. DAYTON, OHIO 45402
WHOLESALE DISTRIBUTORS

AUG.13.2001 2:59PM PICKREL BROS. INC NO. 8224 V P.3 ITU

V 252327

TAX (513) 461-1280
DATE ENTERED: 1/31/95

TERMS: 1% 10th PROX MATERIAL ONLY

SOLD TO: MIAMI VALLEY PAPER COMPANY
413 OXFORD ROAD
FRANKLIN, OHIO 45005

SHIP TO: Dm Sh. D off WK
Lot P.O to 56, Pa
Kaiding MC 4PA 746 6057

| YOUR ORDER NO. | SHIPPED VIA | F.O.B. | JOB | SALESMAN | DATE SHIPPED |
|---|---|---|---|---|---|
| 6002 | | | | DJB-vw | |

| QUANTITY ORDERED | B.O. | SHIPPED | DESCRIPTION | | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 1 | | 1 | Lattner Gas fired 35 | 15,430.00 | 15,430.00 |
| 2 | | | HP HRT 30 hp 10.00 | | |
| 3 | | | 165 Stm- Pr HR 3-50 | | |
| 4 | | | 3/5 Desing tol 50 x 6 | | |
| 5 | | | Stm S-t Rel) B. | | |
| | | | L-5837 | | |

Per Dwg VX01343
You Fur charge
O. C

Installation not included

| | | | | MATERIAL TOTAL | 15,430.00 |
| | | | TERMS: 3% WITH PROX ON THIS AMOUNT ONLY | FREIGHT | |
| | | | | TAX | 1002.95 |
| | | | | TOTAL | 16,432.95 |

RECD BY

BILLING COPY

C 0278

## LATTNER BOILER MFG. CO.
1411 9TH Street SW
P.O. Box 1527
Cedar Rapids, IA 52406
319-366-0778

**SOLD TO:**
Pickrel Bros. Inc.
901 South Perry
Dayton, OH 45402
513/461-5960

**SHIP TO:** NOTIFY OFFICE BEFORE SHIPPING
Miami Valley Paper Co.
413 Oxford Road
Franklin, OH 45005

MARK: P.O. #V252327

| ACCOUNT NO. | DATE RECEIVED: 2/2/95 | DATE SHIPPED: | PROMISED DATE: 3/3/95 |
|---|---|---|---|
| | TERMS: net 30 days | INV. NO.: | SALESPERSON: fax |
| SHIP VIA: best way | ☐ PPD ☒ COL ☐ COD | FOB SHIPPING POINT: Cedar Rapids, IA | |

| QTY. | PART NO. | DESCRIPTION | LIST UNIT PRICE | TOTAL LIST EXTENSION | DISCOUNT % | TOTAL NET AMOUNT |
|---|---|---|---|---|---|---|
| 1 | | 35 H.P. gas-fired POWERPLUS with "S" equipment Standard controls RX7890 flame safeguard w/ runner pilot Safety shut-off valve on thermocouple pilot 2nd safety shut-off solenoid gas valve Motorized gas valves to have fixed orifice in bypass line, drill A Motorized valve to stack end to have end switch to energize valve opposite stack end Furnish lever handle gas cock on gas inlet Maxitrol 3/8" Model 325-3 gas pressure regulator on pilot gas line U/L label CSD-1

BTU: 1050
S.G.: .61
Drill size: 9/32
S.V.: (2) 1" - 156# | | | | |

**SPECIAL INSTRUCTIONS:** CALL DAN @513/461-5960 24 HOURS BEFORE SHIPPING

SUB-TOTAL
TAX (if applicable)
SHIPPING or HANDLING
MISC. CHARGES
BALANCE DUE

C 0279