EXHIBIT "H"

```
**  JOB STATUS REPORT  **         AS OF   AUG 15 2001 12:25        PAGE. 01
                                               GENATT ASSOCIATES INC

       JOB #587

       DATE  TIME          TO/FROM          MODE    MIN/SEC    PGS    STATUS
  001  8/15  12:24         203 849 9177     EC--S   01'02"     004    OK
```

GENATT ASSOCIATES, INC. ■ Insurance

August 15, 2001

Steve Shulman
Mafcote Industries
Fax No: 1-203-849-9177

Dear Steve,

This will confirm our telephone call of today. The Boiler Loss was reported to CNA on 8/14/01 and assigned to Bob Podges of their mid-west office. His telephone number is 1-330-678-0991. I know he left a couple of voice messages with Bob Kaminsky. I assume they made contact by this time.

This loss contains two coverage parts.

1. Direct Damage to the object. This loss will be subject to a $ 25,000 deductible.
2. The second component is business interruption and it is subject to a deductible equal to 2X the average daily value. This is determined by dividing the number of work days into the annual value as previously reported. The only schedule we have on hand indicates for this location an annual value of $ 3,595,000.
Based on the number of days per week, 5 or 6 the deductible can be either $23,044 or $27,653 respectively. Furthermore, business interruption includes Extra Expense. This is the difference between the cost of production after the loss and the cost of production prior to the loss. Also included as Extra Expenses are cost of emergency services, merchandise or other property of other concerns. Renting a temporary boiler and purchasing stock from others to maintain production would fall within this category. All of these comments need to by confirmed by the CNA adjustor assigned to the case.


Joint
EXHIBIT 18
Melissa Kelly  9/1/r /2006

Gen 0048

GENATT ASSOCIATES, INC. ■ Insur-

August 15, 2001

Steve Shulman
Mafcote Industries
Fax No: 1-203-849-9177

Dear Steve,

This will confirm our telephone call of today. The Boiler Loss was reported to CNA on 8/14/01 and assigned to Bob Podges of their mid-west office. His telephone number is 1-330-678-0991. I know he left a couple of voice messages with Bob Kaminsky. I assume they made contact by this time.

This loss contains two coverage parts.

1. Direct Damage to the object. This loss will be subject to a $25,000 deductible. *how determined*
2. The second component is business interruption and it is subject to a deductible equal to 2X the average daily value. This is determined by dividing the number of work days into the annual value as previously reported. The only schedule we have on hand indicates for this location an annual value of $3,595,000.
Based on the number of days per week, 5 or 6 the deductible can be either $23,044 or $27,653 respectively. Furthermore, business interruption includes Extra Expense. This is the difference between the cost of production after the loss and the cost of production prior to the loss. Also included as Extra Expenses are cost of emergency services, merchandise or other property of other concerns. Renting a temporary boiler and purchasing stock from others to maintain production would fall within this category. All of these comments need to by confirmed by the CNA adjustor assigned to the case.

Case No. 1:04cv853
M000526

3333 New Hyde Park Road ■ New Hyde Park, New York 11042 ■ (516) 869-8666
FAX: (516) 869-8765 ■ (516) 869-8788 ■ Website: www.genatt.com ■ e-mail: genatt3333@aol.com

000001

As you prepare documents for this claim, make sure a copy is sent to our claim department to the attention of Joanne Pittides, your claim representative at Genatt Associates Inc.

If you have any other questions, please feel free to call.

Sincerely,
Genatt Associates Inc.

Edward P. DiGioia
Senior Vice President

cc: Earle Rynston
    Joanne Pittides
    Sue Celano