EXHIBIT "I"

# Miami Wabash Paper Inc.
A Mafcote Affiliate

**Via Facsimile 800-778-1284**

October 10, 2001

Nick Bozovich
Senior General Adjuster
CNA Commercial Insurance
3401 Pleasant Valley Road
York, PA 17402

RE: 7/16/01 B&M Accident
Incorrectly dated 7/26/01

The following is our provisional claim:

| | |
|---|---|
| 1. Property Damage, see attached | |
| Schweitzer invoice 1516 | $18,000.00 |
| Deductible | (25,000.00) |
| Personal Claim | 0 |
| 2. Expediting & Business Interruption Expenses | |
| A. Boiler Rental at $481.86 per day @ 38 days and $3968 freight cost. See attached 10/3/01 Bob Kaminski memo and 8/21/01 quote | 22,278.68 32956 |
| B. 3rd Party Purchases which would have been obtained from Miami Valley had accident not occurred. | |
| (1) Vendor ACT. See Schedule 1 | 18,377.96 |
| (2) Vendor NuCoat. See Schedule 2 | 12,869.00 |
| (3) Vendor Permalite. See Schedule 3 | 78,483.01 |
| Total Damages | 132,008.65 |
| Less Deductible | 11,880.00 |
| Provisional Claim | 120,128.65 |

Joint
EXHIBIT 6
Melissa Kelly 9/18/2006

Miami Wabash Paper • 108 Main Street • Norwalk CT 06851
phone - (203) 847-8500 • fax - (203) 849-9177
www.mafcote.com

Miami Wabash Paper llc

A Mafcote Affiliate

Back-up data is available at this office. We request your prompt payment of this provisional claim.

Sincerely,

Steven A. Schulman

SAS:
Enclosure

CC: MEH
Genatt

BCC: MEH
DJE
HEH
RJR

SCHWEITZER BROTHERS CO., INC.

2715 COLERAIN AVENUE
CINCINNATI, OH 45225
Phone # 513-542-5550

# Invoi

| DATE | INVOI |
|---|---|
| 9/25/01 | 151 |

| BILL TO: |
|---|
| Miami Valley Paper<br>413 Oxford Rd.<br>Franklin Ohio 45005 |

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | | 408 |

| QUANTITY | DESCRIPTION | RATE | AMOUI |
|---|---|---|---|
| | AS PER QUOTE- REPAIR LATTERN BOILER | 16,000.00 | 16,00 |
| | Sales Tax | 6.50% | |

WE ACCEPT ALL MAJOR CREDIT CARDS

TOTAL $16,

Case No. 1:04cv853
M000551

000026

Schedule 1

**ACT (American Coating Technology, Inc.)**
**Invoices Dated July 27 through August 28, 2001**

| PO Date | PO Number | Product Description | Invoice Date | MSI Price | MSI Received | Invoice Price | MVP MSI Price | MVP Price | Difference |
|---|---|---|---|---|---|---|---|---|---|
| 7/27/01 | 20808 | Paper, Glossy, Rolls, 164# 34 1/2"W on 3" ID core, BW is Based on a 3300 SF ream size | 7/27/0- | 0.49 | 138,911.25 | 68,066 51 | 0.3577 | 49,688 55 | 18,377.96 |

Steve: There are not future orders for ACT paper; current orders are with NuCoat We have received 1 order of roll paper from NuCoat we have not received their invoice

NUCOAT, INC.
Invoices Dated July 27 through August 28, 2001

| PO Date | PO Number | Product Description | Invoice Date | MSI Price | MSI Received | Invoice Price | MVP MSI Price | MVP Price | Difference |
|---|---|---|---|---|---|---|---|---|---|
| 8/21/01 | 20861 | 164# White Glossy Roll paper | | 0.53 | 19,500 | 10,335 | 0.3577 | 6,975 | 3,360 |
| 8/21/01 | 20861 | 8.5X11 Glossy Ink Jet Sheets | | 0.588 | 41289.6 | 24,278 | 0.3577 | 14,769 | 9,509 |
| | | Total Difference | | | | | | | $ 12,869 |

Schedule 5

**Permalite**
**Invoices Dated August 26 through September 29, 2001**

| PO Date | PO Number | Product Description | Invoice Date | Unit Price | Unit Measure | Quantity Received | Invoice Price | MVP Unit Price | MVP Price | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 42" | 8/31/01 | 0.835 | Sheet | 3,600.00 | 3,006.00 | 0.4514 | 1,625.04 | 1,380.96 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 42" | 8/31/01 | 0.699 | Sheet | 15,000.00 | 10,485.00 | 0.3762 | 5,643.00 | 4,842.00 |
| | | Freight charges | | | | | 1,561.22 | | - | 1,561.22 |
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 42" | 9/7/01 | 0.835 | Sheet | 11,100.00 | 9,268.50 | 0.4514 | 5,010.54 | 4,257.96 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 42" | 9/7/01 | 0.699 | Sheet | 12,600.00 | 8,807.40 | 0.3762 | 4,740.12 | 4,067.28 |
| | | Freight charges | | | | | 3,009.55 | | - | 3,009.55 |
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 42" | 9/13/01 | 0.835 | Sheet | 33,600.00 | 28,056.00 | 0.4514 | 15,167.04 | 12,888.96 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 42" | 9/13/01 | 0.699 | Sheet | 44,700.00 | 31,245.30 | 0.3762 | 16,816.14 | 14,429.16 |
| | | Freight charges | | | | | 2,575.00 | | - | 2,575.00 |
| 8/28/01 | 20872 | Glossy, rolls | 9/25/01 | 0.7407 | MSI | 70,681.25 | 52,353.60 | 0.3577 | 25,282.68 | 27,070.92 |
| | | Freight | | | | | 2,400.00 | | - | 2,400.00 |
| | | Total | | | | | $ 152,767.57 | | | $ 78,483.01 |

Case No. 1:04cv853
M000556