EXHIBIT "J"

**VIA FACSIMILE (516) 869-8765**

October 15, 2001

Steve Genatt
Genatt Associates, Inc.
3333 New Hyde Park Road
New Hyde Park, NY 11042

Dear Steve:

Could you please have someone look over this claim.

The issue is:

When does CNA's liability arise from our Royal Consumer Products having to buy from third parties.

For example, the Nucoat purchases were made on August 21st after the boiler rental ($18,000). $73,000 of the Permalite purchases were made on August 23rd, after the boiler rental. This totals $91,000. $62,000 of the Folex purchases were made before INA notification. If the liability for these purchases was denied, the claim would be reduced to $168,000 (for paperboard after rental installation) and to $107,000 (for paperboard both after rental and pre-notification.

The attached drafts show the dates of all noted.

By way of explanation, at first we did not know why the boiler wasn't working (July 16, 2001), then, when we knew it was ruptured (July 26, 2001), we did not know who our insurance carrier was, as CNA failed to inspect the boiler and this failure to inspect, in fact, allowed for unnoticed mud buildup which caused the rupture; on August 14th, I found out about the problem and notified you and on August 15th a temporary rental was installed. However, by such time, there was a backup requiring the use of the piece of machinery which could not run without steam and it was not until about the first of October that we were able to provide the grades to our Royal affiliate.

Joint
EXHIBIT 8
Melissa Kelly 9/18/2006



Mafcote Inc

Please advise.

Sincerely,

Steven A. Schulman
President

SAS:lss
CC: RJR
HEH
DJE

Case No. 1:04cv853
M002264



# Miami Wabash Paper llc

A Mafcote Affiliate

DRAFT

1. date of accident 7/16/01
2. date we know it ruptured 7/26/01
3. date we reported it to CNA 8/14/01
4. date of boiler rental 8/15/01

**Via Federal Express**

October 16, 2001

Nick Bozovich
Senior General Adjuster
CNA Commercial Insurance
2401 Pleasant Valley Road
York, PA 17402

Re: **7/16/01 B & M Accident**
**Incorrectly dated 7/26/01**

Dear Nick:

The following is our revised claim:

| | |
|---|---|
| 1. Property Damage | |
| a. Schweitzer Brothers Co., Inc Invoice #1516 | $16,000.00 |
| b. Deductible | 250.00 |
| c. Provisional Claim | -0- |
| 2. Expediting and Business Disruption Expenses | |
| a. Boiler Rental invoice #314 J 1159 | $32,996.00 |
| b. 3rd party purchases which would not have been obtained for Miami Valley if the accident had not occurred: | |
| (i) Vendor ACT. See schedule 1 dated 10/15/01 | $18,725.24 |
| (ii) NuCoat - See schedule 2 dated 10/15/01 | 17,759.36 |
| (iii) Permalite - See Schedule 3 dated 10/15/01 | 140,293.86 |
| (iv) Folex Imaging - See Schedule 4 dated 10/15/01 | 61,596.00 |
| Total Damages | $271,370.46 |
| Less Deductible - See Schedule 5 dated 10/15/01 | 11,880.00 |
| Provisional Claim | $259,490.46 |

Miami Wabash Paper • 108 Main Street • Norwalk CT 06851
phone - (203) 847-8500 • fax - (203) 849-9177
www.mafcote.com

Miami Wabash Paper llc
A Mafcote Affiliate

Nick Bozovich
Page -2-
October 16, 2001

---

Schedule 6, dated 10/15/01, shows our calculations for Glossy Ink Jet and Schedule 7, dated 10/15/01 shows our calculation for 5x7 Photo Ink Jet. Attached to each schedules 1 to 7 are relevant invoices. Also attached is an October 8, 2001 letter from Schweitzer Brothers. As you are aware, you instructed us to repair rather than replace and there is evidence that this will prove less than adequate from a third party (Rieck) provided to you, copy attached again.

Sincerely,

Steven A. Schulman
President

cc: Joel Schenevy - Reboul & Henderson
Earle S. Rynston - Genatt Associates, Inc.

SAS/ar
Enclosures

SAS1001.037

Case No. 1:04cv853
M002266

bcc:Howard E. Harper
    Daryl Evans
    Richard Repecki
    Tom Crockett

Case No. 1:04cv853
M002267

SCHWEITZER BROTHERS CO., INC.

2715 COLERAIN AVENUE
CINCINNATI, OH 45225
Phone # 513-542-5550

# Invoi

| DATE | INVOI |
|---|---|
| 9/25/01 | 1516 |

**BILL TO:**

Miami Valley Paper
413 Oxford Rd.
Franklin Ohio 45005

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | | 408 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | AS PER QUOTE- REPAIR LATTERN BOILER | 16,000.00 | 16,000. |
| | Sales Tax | 6.50% | 0 |

WE ACCEPT ALL MAJOR CREDIT CARDS

**TOTAL** $16,00

Case No. 1:04cv853
M002268

Schedule 1
10/15/01

**ACT (American Coating Technology, Inc.)**
**Invoices Dated July 27 through August 28, 2001**

| PO Date | PO Number | Product Description | Invoice Date | MSI Price | MSI Received | Invoice Price | MVP MSI Price | MVP Price | Difference |
|---|---|---|---|---|---|---|---|---|---|
| 7/27/01 | 20808 | Paper, Glossy, Rolls, 164# 34 1/2"W on 3" ID core, BW is Based on a 3300 SF ream size | 7/27/01 | 0.49 | 138,911.25 | 68,066.51 | 0.3552 | 49,341.28 | 18,725.24 |



American Coating Techn ology, Inc.
5330 Shoreline Drive
Mound, MN 55364
Phone 952-495-8223
Fax 952-495-8091

2001 AUG 13 AM 11: 20

# INVOICE

Date: 7/27/01
Invoice ID: MI-00431
Page No: 1
F.O.B: MOUND
Order No: MC-00322

**Sold To**

MAFCOTE INDUSTRIES
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE KY 40210
USA

**Ship To**

MAFCOTE INDUSTRIES
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE KY 40210
USA

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| 00046 | 20808 | 1.0%/10 days,Net 21 | Freight: Collect |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| 023 | CUSTOMER PICK-UP | 7/27/01 | 8/26/01 |

| QUANTITY ORD | SHP | BCK | U/M | PART | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 138,911.25 | 138,911.25 | 0.00 | MSI | 21-00008 | SP111G - NUJET(TM) HIGH GLOSS 140# | | 0.49 | $68,066.51 |

OUTGOING WEIGHT 43,315 LBS.

ORDER SPECIFICATIONS

SUB TOTAL: $68,066.51

TOTAL AMOUNT DUE: $68,066.51

NOTE: INVOICES NOT PAID ACCORDING TO TERMS ARE SUBJECT TO 1% PER MONTH SERVICE CHARGE.

Price / Lb. = $1.57143

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO: American Coating Technology, Inc.
5330 Shoreline Drive
Mound, MN 55364

Case No. 1:04cv853
M002270

SCHEDULE 1
ATTACHMENT

Schedule 2
10/15/01

**NuCoat - Invoiced by Cooler Concepts, Inc.**
**Invoices Received July through September 29, 2001**

| PO Date | PO Number | Product Description | Invoice Date | Unit Price | Unit Measure | Quantity Received | Invoice Price | MVP Unit Price | MVP Price | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/01 | 20861 | Paper, Glossy, Rolls, 164# | 8/22/01 | 0.5345 | MSI | 19,500 | 10,422.75 | 0.3552 | 6,926.40 | 3,496.35 |
| | 20861 | Sheets, Glossy, 8.5x11 | 8/22/01 | 0.055 | Sheet | 228,000 | 12,540.00 | 0.0332 | 7,569.60 | 4,970.40 |
| | | Freight | 8/22/01 | | | | 1,070.00 | | - | 1,070.00 |
| | 20861 | Sheets, Glossy, 8.5x11 | 8/22/01 | 0.055 | Sheet | 213,600 | 11,748.00 | 0.0332 | 7,091.52 | 4,656.48 |
| | | Freight | | | | | 1,070.00 | | - | 1,070.00 |
| 8/21/01 | 20861 | Paper, Glossy, Rolls, 164# | 8/22/01 | 0.5345 | MSI | 3,630 | 1,940.24 | 0.3552 | 1,289.38 | 650.86 |
| | | Freight | | | | | 299.33 | | - | 299.33 |
| | | Credit for slitting | | | | | (300.00) | | - | (300.00) |
| | | | | | | | 38,790.32 | | | 15,913.42 |
| 8/21/01 | 20861 | Sheets, Glossy, 8.5x11 | 9/18/01 | 0.055 | Sheet | 68,750 | 3,781.25 | 0.0332 | 2,282.50 | 1,498.75 |
| | | Freight | | | | | 347.19 | | - | 347.19 |
| | | | | | | | 4,128.44 | | | 1,845.94 |
| | | Total | | | | | $ 42,918.76 | | | $ 17,759.36 |

Case No. 1:04cv853
M002271

# Invoice

| Date | Invoice # |
|---|---|
| 8/22/2001 | 1001 |

cooler concepts, inc.

235 East Lake Street
Wayzata, MN 55391

| Bill To | Ship To |
|---|---|
| Royal Consumer Products<br>1120 West Magnolia Street<br>Louisville, KY 40210 | Royal Consumer Products<br>1120 West Magnolia Street<br>Louisville, KY 40210 |

| .O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 20861 | 1% 10 Net 30 | JAD | 8/22/2001 | JDLogistics | Shipping Pt. | Aug01, Glossy Paper |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | 8/22/01 Shipment | | |
| 19,500 | S1032 | S1032, Glossy Paper (price is per MSI) | 0.5345 | 10,422.75 |
| 228,000 | Sheets | Sheets, Glossy Paper | 0.055 | 12,540.00 |
| 1 | Freight | Freight Charge JD Logistics | 1,070.00 | 1,070.00 |
| | | 8/27/01 Shipment | | |
| 213,600 | Sheets | Sheets, Glossy Paper | 0.055 | 11,748.00 |
| 1 | Freight | Freight Charge JD Logistics | 1,070.00 | 1,070.00 |
| | | 8/31/01 Shipment | | |
| 3,630 | S1032 | S1032, Glossy Paper (price is per MSI) | 0.5345 | 1,940.24 |
| 1 | Freight | Freight Charge CCX | 299.33 | 299.33 |
| | Credit | Credit for Slitting | -300.00 | -300.00 |

RECEIVED SEP 07 2001

ler Concepts Return Policy:

tability of the finished product for end use is solely the responsibility of the purchaser. Cooler Concepts implies no warranties.

he event of any problems with the product:

ase submit samples of defective material together with an explanation of how the product is defective. Cooler Concepts will immediately test the nples. If it is determined by Cooler Concepts that there is a direct problem with the product, Cooler Concepts will issue a credit for the defective duct and freight.

ase remit to above address.

**Total** $38,790.32

SCHEDULE 2
ATTACHMENT

Case No. 1:04cv853
M002272

# Invoice

Cooler Concepts, Inc.

235 East Lake Street Wayzata, MN 55391

RECEIVED SEP 2 4 2001

| Date | Invoice # |
| --- | --- |
| 9/18/2001 | 1009 |

| Bill To | Ship To |
| --- | --- |
| Royal Consumer Products<br>1120 West Magnolia Street<br>Louisville, KY 40210 | Royal Consumer Products<br>1120 West Magnolia Street<br>Louisville, KY 40210 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
| --- | --- | --- | --- | --- | --- | --- |
| 20861 | 1% 10 Net 30 | JAD | 9/18/2001 | USF Holland | Shipping Pt. | Aug01, Glossy Paper |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 68,750 | Sheets | Sheets, Glossy Paper<br>Part # 1309-28909, Paper Glossy, 8-1/2" x 11", tabbed every 200, palletize and wrap for shipment<br>68,750 total sheets shipped, 1200 sheets per box, 58 boxes | 0.055 | 3,781.25 |
| 1 | Freight | Freight Charge, USF Holland | 347.19 | 347.19 |

ler Concepts Return Policy:

ability of the finished product for end use is solely the responsibility of the purchaser. Cooler Concepts implies no warranties.

ne event of any problems with the product:

ase submit samples of defective material together with an explanation of how the product is defective. Cooler Concepts will immediately test the nples. If it is determined by Cooler Concepts that there is a direct problem with the product, Cooler Concepts will issue a credit for the defective duct and freight.

ase remit to above address.

**Total** $4,128.44

SCHEDULE 2 ATTACHMENT

Case No. 1:04cv853
M002273

Schedule 3
10/15/01

**Permalite**
**Invoices Dated August 26 through September 29, 2001**

| PO Date | PO Number | Product Description | Invoice Date | Unit Price | Unit Measure | Quantity Received | Invoice Price | MVP Unit Price | MVP Price | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 42" | 8/31/01 | 0.835 | Sheet | 3,600.00 | 3,006.00 | 0.3913 | 1,408.68 | 1,597.32 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 42" | 8/31/01 | 0.699 | Sheet | 15,000.00 | 10,485.00 | 0.3113 | 4,669.50 | 5,815.50 |
| | | Freight charges | | | | | 1,561.22 | | - | 1,561.22 |
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 42" | 9/7/01 | 0.835 | Sheet | 11,100.00 | 9,268.50 | 0.3913 | 4,343.43 | 4,925.07 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 42" | 9/7/01 | 0.699 | Sheet | 12,600.00 | 8,807.40 | 0.3113 | 3,922.38 | 4,885.02 |
| | | Freight charges | | | | | 3,009.55 | | - | 3,009.55 |
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 42" | 9/13/01 | 0.835 | Sheet | 33,600.00 | 28,056.00 | 0.3913 | 13,147.68 | 14,908.32 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 42" | 9/13/01 | 0.699 | Sheet | 44,700.00 | 31,245.30 | 0.3113 | 13,915.11 | 17,330.19 |
| | | Freight charges | | | | | 2,575.00 | | - | 2,575.00 |
| 8/16/01 | 20852 | Master Sheet 4x6 Photo, 24" x 42" | 9/28/01 | 0.835 | Sheet | 10,800.00 | 9,018.00 | 0.3913 | 4,226.04 | 4,791.96 |
| 8/16/01 | 20852 | Master Sheet 5x7 Photo, 20" x 42" | 9/28/01 | 0.699 | Sheet | 12,900.00 | 9,017.10 | 0.3113 | 4,015.77 | 5,001.33 |
| 8/28/01 | 20872 | Glossy, rolls | 9/28/01 | 0.7407 | MSI | 81,837.83 | 60,617.28 | 0.3552 | 29,068.80 | 31,548.48 |
| | | Freight | | | | | 2,700.00 | | - | |
| 8/28/01 | 20872 | Glossy, rolls | 9/24/01 | 0.7407 | MSI | 32,937.17 | 24,396.56 | 0.3552 | 11,699.28 | 12,697.28 |
| 8/28/01 | 20872 | Glossy, rolls | 9/25/01 | 0.7407 | MSI | 70,681.25 | 52,353.60 | 0.3552 | 25,105.98 | 27,247.62 |
| | | Freight | | | | | 2,400.00 | | - | 2,400.00 |
| | | Total | | | | | $ 258,516.51 | | | $ 140,293.86 |

**Permalite**
ReproMedia Corporation

230 East Alondra Boulevard Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8228

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19738 | 09-07-01 | 1 |

BILL TO:
13138-01
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

SHIP TO:
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

| NUMBER | SHIP VIA | CARRIER | FREIGHT | SALESMAN | TERMS | F.O.B. |
|---|---|---|---|---|---|---|
| 20852 | TRUCK-LW | DAWES/LW | PREPAY-ADD | | NET 30 DAYS | GARDENA/FAX 9-6 |

| QUANTITY ORDERED | QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 37 | PK | 1309-40021M | | | 1240N 24x42 (300)Shts Per Pk | | | 250.50 | PK | 9268.5 |
| 42 | 42 | PK | 1309-40022M | | | 1240N 20x42 (300)Shts Per Pk | | | 209.70 | PK | 8807.4 |
| | | | | | | | | | SUB-TOTAL | | 18075.9 |
| | | | | | | | | | FREIGHT | | 3009.5 |
| | | | | | | | | | TOTAL | | 21085.4 |

Case No. 1:04cv853
M002275

**Permalite**
ReproMedia Corporation
230 East Alondra Boulevard Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8228

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19752 | 09-13-01 | 1 |

BILL TO
13138-01
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

SHIP TO
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

| [illegible] | SHIP VIA | CARRIER | FREIGHT | SALESMAN | TERMS | F.O.B. |
|---|---|---|---|---|---|---|
| 0852 | TRUCK-LW | NATIONWIDE | PREPAY-ADD | | NET 30 DAYS | GARDENA FAX 9/12 |

| QTY ORDERED | QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 112 | PK | 1309-40021M | | | 1240N 24x42 (300)Shts Per Pk | | | 250.50 | PK | 28056.00 |
| 9 | 149 | PK | 1309-40022M | | | 1240N 20x42 (300)Shts Per Pk | | | 209.70 | PK | 31245.30 |
| | | | | | | REF# 64968 | | | | | |
| | | | | | | | | | SUB-TOTAL | | 59301.30 |
| | | | | | | | | | FREIGHT | | 2575.00 |
| | | | | | | | | | TOTAL | | 61876.30 |

Case No. 1:04cv853
M002276

**Permanite ReproMedia Corporation**

230 East Alondra Boulevard Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8228

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19810 | 09-28-01 | 1 |

BILL TO:
13138
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISFVILLE KY 40210

SHIP TO:

RECEIVED OCT 0 9 2001

| O. NUMBER | SHIP VIA | CARRIER | FREIGHT | SALESMAN | TERMS | F.O.B. |
|---|---|---|---|---|---|---|
| 20852 | TRUCK-LW | ESTRN SG | PREPAY-ADD | | 2 % NET 10 | GARDENA FAX 9/28 |

| QUANTITY ORDERED | QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 43 | PK | 1240N-20423W | | | 1240N 20 X 42 (300) .699 | | | 209.70 | PK | 9017.1 |
| 36 | 36 | PK | 1240N-24423W | | | 1240N 24 X 42 (300) .835 | | | 250.50 | PK | 9018.0 |
| | | | | | | | | | TOTAL | | 18035. |

Case No. 1:04cv853
M002277

SHORTAGES MUST BE REPORTED WITHIN 48 HOURS. ORIGINAL

SCHEDULE 3 - ATTACHMENT

**Permalite**
ReproMedia Corporation
250 East Alondra Boulevard Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8228

RECEIVED OCT 0 9 2001

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19809A | 09-28-01 | 3 |

BILL TO
13138
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISFVILLE KY 40210

SHIP TO

| NUMBER | SHIP VIA | CARRIER | FREIGHT | SALESMAN | TERMS | F.O.B. |
|---|---|---|---|---|---|---|
| 20872 | TRUCK-LW | ESTRN SG | PREPAY-ADD | HOUSE ACCT | 2 % NET 10 | GARDENA FAX 9/28 |

| QTY REQ | QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | TOTAL SQ YDS: | | 63143 | SUB-TOTAL | | 60617.2 |
| | | | | | | | | | FREIGHT | | 2700.0 |
| | | | | | | | | | TOTAL | | 63317.2 |

21,469

ORIGINAL

SCHEDULE 3 - ATTACHMENT

Case No. 1:04cv853
M002278

**Permalite**
RepraMedia Corporation

230 East Alondra Boulevard Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8228

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19753 | 09-24-01 | 2 |

BILL TO
13138-01
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISVILLE KY 40210

SHIP TO
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST.
LOUISVILLE KY 40210

| UMBER | SHIP VIA | CARRIER | FREIGHT | SALESMAN | TERMS | F.O.B. |
|---|---|---|---|---|---|---|
| 0872 | TRUCK-LW | NATIONWIDE | PREPAY-ADD | HOUSE ACCT | NET 30 DAYS | GARDENA FAX 9/12 |

| QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TOTAL SQ YDS: | | 37649 | TOTAL | | 24396.56 |

Case No. 1:04cv853
M002279

**Permalite**
ReproMedia Corporation
0 East Alondra Boulevard Gardena, California 90248
(310) 327-0244 (800) 237-6583 National FAX (310) 715-8228

| INVOICE # | DATE | PAGE |
|---|---|---|
| 19786 | 09-25-01 | 2 |

13138
ROYAL CONSUMER PRODUCTS
1120 WEST MAGNOLIA ST
LOUISFVILLE KY 40210

SHIP TO

| ORDER | SHIP VIA | CARRIER | FREIGHT | SALESMAN | TERMS | F.O.B. |
|---|---|---|---|---|---|---|
| 972 | TRUCK-LW | ESTRN 8G | PREPAY-ADD | HOUSE ACCT | 2% NET 10 DAYS | GARDENA EMAIL 9/24 |

| QUANTITY SHIPPED | UNIT | STOCK # | CONTROL # | ROLL # | DESCRIPTION | LINEAR YDS. | SQUARE YDS. | PRICE | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| | SYD | 12432475 | A1I21E2 | | 24.75 1243N PHOTOGLS M/R | 3071 | 2111 | 0.96000 | SYD | 2026.56 |
| | SYD | 12432475 | A1I21F2 | | 24.75 1243N PHOTOGLS M/R | 3155 | 2169 | 0.96000 | SYD | 2082.24 |
| | SYD | 12432475 | A1I21C2 | | 24.75 1243N PHOTOGLS M/R | 3124 | 2148 | 0.96000 | SYD | 2062.08 |
| | SYD | 12432475 | A1I22A2 | | 24.75 1243N PHOTOGLS M/R | 2960 | 2035 | 0.96000 | SYD | 1953.60 |
| | SYD | 12432475 | A1I22B2 | | 24.75 1243N PHOTOGLS M/R | 2945 | 2025 | 0.96000 | SYD | 1944.00 |
| | SYD | 12432475 | A1I22C2 | | 24.75 1243N PHOTOGLS M/R | 2995 | 2059 | 0.96000 | SYD | 1976.64 |
| | SYD | 12432475 | A1I23B2 | | 24.75 1243N PHOTOGLS M/R | 3155 | 2169 | 0.96000 | SYD | 2082.24 |
| | SYD | 12432475 | A1I22D2 | | 24.75 1243N PHOTOGLS M/R | 3002 | 2064 | 0.96000 | SYD | 1981.44 |
| | SYD | 12432475 | A1I22E2 | | 24.75 1243N PHOTOGLS M/R | 2655 | 1825 | 0.96000 | SYD | 1752.00 |
| | SYD | 12432475 | A1I23C2 | | 24.75 1243N PHOTOGLS M/R | 3030 | 2083 | 0.96000 | SYD | 1999.68 |
| | SYD | 12432475 | A1I23A2 | | 24.75 1243N PHOTOGLS M/R | 2572 | 1768 | 0.96000 | SYD | 1697.28 |
| | | | | | TOTAL SQ YDS: | | 54535 | SUB-TOTAL | | 52353.60 |
| | | | | | | | | FREIGHT | | 2400.00 |
| | | | | | | | | TOTAL | | 54753.60 |

Case No. 1:04cv853
M002280

**FOLEX IMAGING GLOSSY PAPER**
**INVOICES DATED JULY 1 THROUGH AUGUST 24, 2001**

Schedule 4
10/15/01

| PO Date | PO Number | Product Description | Invoice Date | Unit Price | Unit Measure | Units Received | Invoice Price | MVP Unit Price | MVP Price | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/16/01 | 20677 | Glossy, 8.5 x 11 sheets | 7/17/01 | 0.085 | Sheet | 150,000.0 | 12,750.00 | 0.0332 | 4,980 | 7,770 |
| | | Freight | | | | | 1,175.00 | | - | 1,175 |
| 7/16/01 | 20677 | Glossy, 8.5 x 11 sheets | 7/16/01 | 0.085 | Sheet | 100,000.0 | 8,500.00 | 0.0332 | 3,320 | 5,180 |
| | | Freight | | | | | 1,175.00 | | - | 1,175 |
| 7/23/01 | 20684 | Glossy, 8.5 x 11 sheets | 7/25/01 | 0.085 | Sheet | 252,000.0 | 21,420.00 | 0.0332 | 8,366 | 13,054 |
| 7/23/01 | 20684 | Glossy, rolls | 7/20/01 | 0.80214 | MSI | 70,384.9 | 56,458.54 | 0.3552 | 25,001 | 31,458 |
| | | Freight | | | | | 1,784.28 | | - | 1,784 |
| | | Total | | | | | $ 103,262.82 | | | $ 61,596 |

Case No. 1:04cv853
M002281

# FOLEX IMAGING

FOLEX H.S. SCHLEUSSNER, INC.
6 DANIEL ROAD EAST
FAIRFIELD, NEW JERSEY 07004
973-575-4500 • 800-631-1150 • Fax 973-575-4646
Visit Folex at http://www.folex.com

127500 01

INVOICE DATE: 07/17/01

BILL TO:
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

SHIP TO:
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

| DER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 32564 | 07/16/01 | 064246 | NJ | 20 |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| 0677 | | Truck | Prepaid |

| ITEM NUMBER / DESCRIPTION | QTY. ORDERED | QTY. SHIPPED/RETURNED / QTY. BACKORDERED | UNIT PRICE | UOM / DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 0132241 OTQJET HGWW 5X11 -1 SHEET | 150,000 | 150,000 | .08 | SH | 12,750.00 |

BULK PACK-SEPARATE EVERY 200 SHEETS

| | |
|---|---|
| SALE AMOUNT | 12,750.00 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | 1,175.00 |
| SALES TAX | .00 |
| TOTAL | 13,925.00 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 13,925.00 |

MMENTS:

MS: NET 30 DAYS

Case No. 1:04cv853
M002282

CHEDULE 4
ATTACHMENT

THE TERMS AND CONDITIONS APPEARING ON THE BACK CONSTITUTE THE ENTIRE AGREEMEN PERTAINING TO THIS PURCHASE WHICH MAY NOT BE MODIFIED EXCEPT BY WRITTEN CONSEN

DUPLICATE



FOLEX H.S. SCHLEUSSNER, INC.
6 DANIEL ROAD EAST
FAIRFIELD, NEW JERSEY 07004
973-575-4500 • 800-631-1150 • Fax 973-575-4646
Visit Folex at http://www.folex.com

| | |
|---|---|
| 127487 | 01 |
| INVOICE DATE | |
| 07/16/01 | |

BILL TO:
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

SHIP TO:
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

| RDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 32564 | 07/16/01 | 064246 | NJ | 20 |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| 0677 | | Truck | Prepaid |

| ITEM NUMBER / DESCRIPTION | QTY. ORDERED | QTY. SHIPPED/RETURNED / QTY. BACKORDERED | UNIT PRICE | UOM / DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 0132241 | 250,000 | 100,000 | .08 | SH | |
| OTOJET HGWW | | 150,000 | | | 8,500.00 |
| .5X11 1 SHEET | | | | | |
| | | BULK PACK-SEPARATE EVERY 200 SHEETS | | | |

MMENTS:

| | |
|---|---|
| SALE AMOUNT | 8,500.00 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | 1,175.00 |
| SALES TAX | .00 |
| TOTAL | 9,675.00 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 9,675.00 |

MS: NET 30 DAYS

Case No. 1:04cv853
M002283

CHEDULE 4
ATTACHMENT

THE TERMS AND CONDITIONS APPEARING ON THE BACK CONSTITUTE THE ENTIRE AGREEMEN
PERTAINING TO THIS PURCHASE WHICH MAY NOT BE MODIFIED EXCEPT BY WRITTEN CONSEN



IMAGING

FOLEX H.S. SCHLEUSSNER, INC.
6 DANIEL ROAD EAST
FAIRFIELD, NEW JERSEY 07004
973-575-4500 • 800-631-1150 • Fax 973-575-4646
Visit Folex at http://www.folex.com

| INVOICE DATE |
|---|
| 07/25/01 |

BILL TO:
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

SHIP TO:
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

| RDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 32641 | 07/24/01 | 064246 | NJ | 20 |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| )684 | | CCX | |

| ITEM NUMBER / DESCRIPTION | QTY. ORDERED | QTY. SHIPPED/RETURNED / QTY. BACKORDERED | UNIT PRICE | UOM / DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| )132241<br>)TOJET HGWW<br>.5X11 1 SHEET | 275,000 | 252,000<br>23,000 | .08 | SH | 21,420.00 |

| | |
|---|---|
| SALE AMOUNT | 21,420.00 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 21,420.00 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 21,420.00 |

MMENTS:

RMS: NET 30 DAYS

Case No. 1:04cv853
M002284

SCHEDULE 4
ATTACHMENT

THE TERMS AND CONDITIONS APPEARING ON THE BACK CONSTITUTE THE ENTIRE AGREEME PERTAINING TO THIS PURCHASE WHICH MAY NOT BE MODIFIED EXCEPT BY WRITTEN CONSE

DUPLICATE

**IMAGING**

FOLEX H.S. SCHLEUSSNER, INC.
6 DANIEL ROAD EAST
FAIRFIELD, NEW JERSEY 07004
973-575-4500 • 800-631-1150 • Fax 973-575-4646
Visit Folex at http://www.folex.com

INVOICE DATE: 07/20/01

BILL TO:
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

SHIP TO:
MAFCOTE INDUSTRIES, INC.
ROYAL LACE DIVISION
1120 W. MAGNOLIA
LOUISVILLE, KY 40210

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 32623 | 07/23/01 | 064246 | NJ | 20 |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| 0677 | | CCX | |

| ITEM NUMBER / DESCRIPTION | QTY. ORDERED | QTY. SHIPPED/RETURNED / QTY. BACKORDERED | UNIT PRICE | UOM / DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | THIS ITEM IS EQUAL TO 70384.9 MSI AT A PRICE OF .80214 | | | |
| 0410622 | 45,409 | 45,409 | 1.24 | SM | |
| OTOJET HGWW | | | | | 56,459.77 |
| 3" 185G/M2 | | | | | |
| ot No. 000000000980253 | | 1,406 | 000000000980260 | | 1,417 |
| 000000000980261 | | 1,382 | 000000000980264 | | 1,411 |
| 000000000980271 | | 1,456 | 000000000980272 | | 1,406 |
| 000000000980273 | | 1,417 | 000000000980294 | | 1,330 |
| 000000000980295 | | 1,384 | 000000000980296 | | 1,424 |
| 000000000980297 | | 1,363 | 000000000980298 | | 1,443 |
| 000000000980299 | | 1,204 | 000000000980300 | | 1,419 |
| 000000000980301 | | 1,419 | 000000000980302 | | 1,412 |
| 000000000980303 | | 1,408 | 000000000980304 | | 1,431 |
| 000000000980305 | | 1,451 | 000000000980315 | | 1,085 |
| 000000000980316 | | 1,379 | 000000000980318 | | 1,243 |
| 000000000980319 | | 1,346 | 000000000980320 | | 1,420 |
| 000000000980321 | | 1,428 | 000000000980322 | | 1,417 |
| 000000000980324 | | 1,403 | 000000000980325 | | 1,398 |
| 000000000980326 | | 1,411 | 000000000980327 | | 1,134 |
| 000000000980330 | | 1,410 | 000000000980331 | | 1,423 |
| 000000000980333 | | 1,311 | | | |
| MISC | 1- | 1- | 1.23 | EA | |
| RICE ROUNDING | | | | | 1.23- |

| | |
|---|---|
| SALE AMOUNT | 56,458.54 |
| MISC. CHARGES | |
| SHIPPING/HANDLING | 1,784.28 |
| SALES TAX | |
| TOTAL | |
| AMOUNT RECEIVED | |
| **BALANCE DUE** | 58,242.82 |

MMENTS:

MS:

Case No. 1:04cv853
M002285

SCHEDULE 4
ATTACHMENT

THE TERMS AND CONDITIONS APPEARING ON THE BACK CONSTITUTE THE ENTIRE AGREEMEN PERTAINING TO THIS PURCHASE WHICH MAY NOT BE MODIFIED EXCEPT BY WRITTEN CONSEN

DUPLICATE

Schedule 5 10/11/01

TO: SAS
FROM:MEH

RE: BOILER DEDUCTIBLE

THE DEDUCTIBLE IS 2 TIMES THE DAILY VALUE. THE DAILY VALUE IS THE AMOUNT THAT WOULD HAVE BEEN EARNED EACH WORKING DAY HAD NO "ACCIDENT" OCCURRED.

A) THE BUSINESS INTERUPTION VALUE (THE DAILY VALUE) JUST SUBMITTED FOR FRANKLIN, OHIO FOR THE ENTIRE YEAR IS 1,794,000. IF MIAMI OPERATES 6 DAY A WEEK AND ASSUMING IT IS CLOSED FOR 10 HOLIDAYS THEN IT OPERATES 302 DAYS PER YEAR THUS THE DAULY VALUE IS 1,794,000 DIVIDED BY 302 OR 5,940. THUS THE DEDUCTIBLE IS $11880.

B) THE ORDINARY PAYROLL FOR A 90-DAY PERIOD (AS JUST REPORTED) IS 474,000. THUS THE DAILY AMOUNT IS 5,267 AND A 2 DAY VALUE WOULD BE $10,534. THE ORDINARY PAYROLL IS THE PAYROLL THAT WOULD CONTINUE EVEN IF THE PLANT COULD NOT OPERATE. THUS THIS SHOULD BE INCLUDED IN THE CLAIM. NOTE THAT THIS WOULD INCLUDE AN ALLOCATED PORTION OF THE NORWALK PAYROLL, AS IT IS INCLUDED IN THE CT. ALLOCATION.

MILES

Schedule 6 10/18/01

# PURCHASES FROM MIAMI VALLEY PAPER
# FOR 108# GLOSSY INKJET
# JULY 1 THRU 28, 2001

| msi rec'd | msi price | msi weight | Weighted Average msi price | Average msi price |
|---|---|---|---|---|
| 86309 | 0.3803 | 0.42 | 0.1593 | 0.3803 |
| 24509 | 0.3605 | 0.12 | 0.0429 | 0.3605 |
| 2652 | 0.2831 | 0.01 | 0.0036 | 0.2831 |
| 92585 | 0.3324 | 0.45 | 0.1494 | 0.3324 |
| 206055 | | 1.00 | 0.3552 | 0.3391 |

cost / msi per glossy sheet using $.3552 msi cost

8.5" x 11" = 93.5 sq in/1000 = .0935 X .3552 = $.0332

Case No. 1:04cv853
M002287

PLEASE REMIT ONLY TO:

MIAMI VALLEY PAPER CO. INC.
P.O. BOX 5651
HARTFORD, CT 06102

XXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXX

MIAMI VALLEY PAPER CO.
PO BOX 5651
HARTFORD CT. 06102

# MIAMI VALLEY PAPER CO., INC.

MIAMI VALLEY

108 MAIN STREET
NORWALK, CT 06851
TEL. 203-847-8500

| CUST. NO. | INVOICE DATE | INV. NO. |
|---|---|---|
| 677720 | 7 28 01 | 129596 |

PAGE: 1

SHIP TO

ROYAL LACE LLC
1120 WEST MAGNOLIA
LOUISVILLE KY 40210

SOLD TO

ROYAL LACE LLC
1120 WEST MAGNOLIA
LOUISVILLE KY 40210

FOR CUSTOMER INQUIRY CALL:
1-800-543-7905

TERMS: F.O.B. MILL —NET—

SLSMAN. 016 | SHIP VIA TRUCK

zM3042

| CUST. ORD. # | SHIP. NO. | ITEM NO. | QUANTITY | DESCRIPTION | BILL. UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 20613 | | 8A276 | 86309 | 108#GLOSSY INKJET 34.5&26<br>7 ROLLS 20184# | MSI | .3803 | 32823.31 |
| | | | | SUBTOTAL: | | | 32823.31 |

AUG - 6 2001

C/12606

Remittances are received by a bank acting as a clearing agency without authority to determine whether or not the amount remitted constitutes payment of settlement of items noted thereon. Notwithstanding any notation regarding payment in full or settlement, the bank shall deposit such remittances and such deposits shall not indicate our acceptance of the remittance as payment in full or settlement.

ALL GOODS ARE SOLD UNDERSTANDING THAT THERE ARE NO SPECIFIC QUALITIES INHERENT OR EXPECTED IN SAME, THAT NEITHER COATINGS NOR BODYSTOCKS ARE FADE, SOIL, RUB, CRACK, OR TARNISH PROOF, NOR NON-CURLING, NOR POSSESSED OF ANY OTHER FEATURE UNLESS SO STATED IN YOUR ORDER, OUR ACKNOWLEDGEMENT AND OUR INVOICE. ALL CLAIMS MUST BE MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. NO CLAIMS WILL BE ENTERTAINED AFTER PAPER IS CUT, RULED OR PRINTED.
We hereby certify that these goods were produced in compliance with all applicable requirements of section 6, 7, and 12 of the Fair Labor Standards Act as amended, and of requisitions and orders of the United States Department of Labor under section 14 thereof.

TOTAL THIS INVOICE ▶ 32823.31

Case No. 1:04cv853
M002288

SCHEDULE 6
ATTACHMENT

PLEASE REMIT ONLY TO:

MIAMI VALLEY PAPER CO. INC.
P.O.BOX 5651
HARTFORD, CT 06102

MIAMI VALLEY PAPER CO.
PO BOX 5651
HARTFORD CT. 06102

# MIAMI VALLEY PAPER CO., INC.

MIAMI VALLEY

108 MAIN STREET
NORWALK, CT 06851
TEL. 203-847-8500

| CUST. NO. | INVOICE DATE | INV. NO. |
|---|---|---|
| 677720 | 7 28 01 | 129595 |

PAGE: 1

SHIP TO
ROYAL LACE LLC
1120 WEST MAGNOLIA
LOUISVILLE KY 40210

SOLD TO
ROYAL LACE LLC
1120 WEST MAGNOLIA
LOUISVILLE KY 40210

FOR CUSTOMER INQUIRY CALL:
1-800-543-7905

| TERMS: F.O.B. MILL | SLSMAN. | SHIP VIA |
|---|---|---|
| -NET- | 016 | TRUCK |

zM3031

| CUST. ORD. # | SHIP. NO. | ITEM NO. | QUANTITY | DESCRIPTION | BILL. UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 20613 | | 8AGL45 | 24509 | 108#INKJET GLOSSY WH 34.5<br>2 ROLLS 5853# | MSI | .3605 | 8835.49 |
| | | | | SUBTOTAL: | | | 8835.49 |

AUG - 6 2001

ALL GOODS ARE SOLD UNDERSTANDING THAT THERE ARE NO SPECIFIC QUALITIES INHERENT OR EXPECTED IN SAME, THAT NEITHER COATINGS NOR BODYSTOCKS ARE FADE, SOIL, RUB, CRACK, OR TARNISH PROOF, NOR NON-CURLING, NOR POSSESSED OF ANY OTHER FEATURE UNLESS SO STATED IN YOUR ORDER, OUR ACKNOWLEDGEMENT AND OUR INVOICE. ALL CLAIMS MUST BE MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. NO CLAIMS WILL BE ENTERTAINED AFTER PAPER IS CUT, RULED OR PRINTED.
We hereby certify that these goods were produced in compliance with all applicable requirements of section 6, 7, and 12 of the Fair Labor Standards Act as amended, and of regulations and orders of the United States Department of Labor under section 14 thereof.

TOTAL THIS INVOICE 8835.49

SCHEDULE 6
ATTACHMENT

Case No. 1:04cv853
M002289

MIAMI VALLEY PAPER CO. INC.
P.O.BOX 5651
HARTFORD CT 06102

XXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXX

MIAMI VALLEY PAPER CO.
PO BOX 5651
HARTFORD CT. 06102

# MIAMI VALLEY PAPER CO., INC.

MIAMI VALLEY

108 MAIN STREET
NORWALK, CT 06851
TEL. 203-847-8500

| CUST. NO. | INVOICE DATE | INV. NO. |
|---|---|---|
| 677720 | 7 28 01 | 129598 |

PAGE: 1

**SHIP TO** ROYAL LACE LLC
1120 WEST MAGNOLIA
LOUISVILLE KY 40210

**SOLD TO** ROYAL LACE LLC
1120 WEST MAGNOLIA
LOUISVILLE KY 40210

FOR CUSTOMER INQUIRY CALL:
1-800-543-7905

| TERMS: F.O.B. MILL | SLSMAN. | SHIP VIA |
|---|---|---|
| --NET-- | 016 | TRUCK |

zM3198

| CUST. ORD. # | SHIP. NO. | ITEM NO. | QUANTITY | DESCRIPTION | BILL. UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 20602 | | 8AGL26 | 2652 | 108# GLOSSY INKJET 26<br>1 ROLL 581# | MSI | .2831 | 750.78 |
| | | | | SUBTOTAL: | | | 750.78 |

AUG - 6 2001

Remittances are received by a bank acting as a clearing agency without authority to determine whether or not the amount remitted constitutes payment of settlement of items noted thereon. Notwithstanding any notation regarding payment in full or settlement, the bank shall deposit such remittances and such deposits shall not indicate our acceptance of the remittance as payment in full or settlement.

ALL GOODS ARE SOLD UNDERSTANDING THAT THERE ARE NO SPECIFIC QUALITIES INHERENT OR EXPECTED IN SAME, THAT NEITHER COATINGS NOR BODYSTOCKS ARE FADE, SOIL, RUB, CRACK, OR TARNISH PROOF, NOR NON-CURLING, NOR POSSESSED OF ANY OTHER FEATURE UNLESS SO STATED IN YOUR ORDER, OUR ACKNOWLEDGEMENT AND OUR INVOICE. ALL CLAIMS MUST BE MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. NO CLAIMS WILL BE ENTERTAINED AFTER PAPER IS CUT, RULED OR PRINTED.
We hereby certify that these goods were produced in compliance with all applicable requirements of section 6, 7, and 12 of the Fair Labor Standards Act as amended, and of requisitions and orders of the United States Department of Labor under section 14 thereof.

TOTAL THIS INVOICE ▶ 750.78

8-55778

Case No. 1:04cv853
M002290

SCHEDULE 6
ATTACHMENT

# MIAMI VALLEY PAPER CO., INC.

108 MAIN STREET
NORWALK, CT 06851
TEL. 203-847-8500

MIAMI VALLEY

PLEASE REMIT ONLY TO:

MIAMI VALLEY PAPER CO. INC. P.O.BOX 5651 HARTFORD, CT 06102
XXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXX
MIAMI VALLEY PAPER CO.
PO BOX 5651
HARTFORD CT. 06102

| CUST. NO. | INVOICE DATE | INV. NO. |
|---|---|---|
| 677720 | 7 28 01 | 129594 |

PAGE: 1

SHIP TO: ROYAL LACE LLC
1120 WEST MAGNOLIA
LOUISVILLE KY 40210

SOLD TO: ROYAL LACE LLC
1120 WEST MAGNOLIA
LOUISVILLE KY 40210

@1.4853/lb, Total of 21,411 lbs. (2 20's)

FOR CUSTOMER INQUIRY CALL:
1-800-543-7905

TERMS: F.O.B. MILL --NET--
SLSMAN.: 016
SHIP VIA: TRUCK

zM3025

| CUST. ORD. # | SHIP. NO. | ITEM NO. | QUANTITY | DESCRIPTION | BILL. UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 20602 | | 8AGL44 | 92585 | 108#GLOSSY WH INKJET 44<br>10 ROLLS 20830# | MSI | .3324 | 30775.25 |
| | | | | SUBTOTAL: | | | 30775.25 |
| | | | | FREIGHT: | | | 275.88 |

AUG - 6 2001

Shipped 7-17-2001

1309-289092 @1.4502

Remittances are received by a bank acting as a clearing agency without authority to determine whether or not the amount remitted constitutes payment of settlement of items noted thereon. Notwithstanding any notation regarding payment in full or settlement, the bank shall deposit such remittances and such deposits shall not indicate our acceptance of the remittance as payment in full or settlement.

ALL GOODS ARE SOLD UNDERSTANDING THAT THERE ARE NO SPECIFIC QUALITIES INHERENT OR EXPECTED IN SAME, THAT NEITHER COATINGS NOR BODYSTOCKS ARE FADE, SOIL, RUB, CRACK, OR TARNISH PROOF, NOR NON-CURLING, NOR POSSESSED OF ANY OTHER FEATURE UNLESS SO STATED IN YOUR ORDER, OUR ACKNOWLEDGEMENT AND OUR INVOICE. ALL CLAIMS MUST BE MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. NO CLAIMS WILL BE ENTERTAINED AFTER PAPER IS CUT, RULED OR PRINTED.
We hereby certify that these goods were produced in compliance with all applicable requirements of section 6, 7, and 12 of the Fair Labor Standards Act as amended, and of regulations and orders of the United States Department of Labor under section 14 thereof.

TOTAL THIS INVOICE ▶ 31051.13

Case No. 1:04cv853
M002291

SCHEDULE 6 ATTACHMENT

Schedule 7 10/15/01

ICP401 - INVENTORY INQUIRY

1 1 Access Other Inquiry

1309-289451 24X44 PHOTO MASTER SHT [illegible]

[illegible] 40070 [illegible]

MIAMI VALLEY PAPER [illegible]

PARTS COST ANALYSIS

| | CURRENT | AVERAGE | STANDARD |
|---|---|---|---|
| INC HRS | | | |
| INC LBR | | | |
| INC OVH | | | |
| CUM LBR | | | |
| CUM OVH | mvp | | |
| MATERIAL | 0.3913 | 0.4514 | 0.3913 |
| TOTALS | 0.3913 | 0.4514 | 0.3913 |

24" x 44" = 1056/1000 = 1.056 msi

#.3913/1.056 = .37055 msi cost

Master Sheet 5x7 Photo Cost Calculation

20" x 42" = 840/1000 = .84 msi x #.37055 = #.3113/sheet

PLEASE REMIT ONLY TO:

MIAMI VALLEY PAPER CO. INC.
P.O.BOX 5651
HARTFORD, CT 06102

XXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXX

MIAMI VALLEY PAPER CO.
PO BOX 5651
HARTFORD CT. 06102

# MIAMI VALLEY PAPER CO., INC.

MIAMI VALLEY

108 MAIN STREET
NORWALK, CT 06851
TEL. 203-847-8500

| CUST. NO. | INVOICE DATE | INV. NO. |
|---|---|---|
| 677720 | 7 28 01 | 129593 |

PAGE: 1

SHIP TO
ROYAL LACE LLC
1120 WEST MAGNOLIA
LOUISVILLE KY 40210

SOLD TO
ROYAL LACE LLC
1120 WEST MAGNOLIA
LOUISVILLE KY 40210

FOR CUSTOMER INQUIRY CALL:
1-800-543-7905

TERMS: F.O.B. MILL -NET-
SLSMAN. 016
SHIP VIA TRUCK
zI0705

| CUST. ORD. # | SHIP. NO. | ITEM NO. | QUANTITY | DESCRIPTION | BILL. UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 20602 | | 8APH24 | 340 | 126# PHOTO INKJET 24 X 44 | CSH | 39.1328 | 13305.15 |
| | | | | SUBTOTAL: | | | 13305.15 |

AUG - 6 2001

.3913 per Sheet - 34,000 Sheets

Remittances are received by a bank acting as a clearing agency without authority to determine whether or not the amount remitted constitutes payment of settlement of items noted thereon. Notwithstanding any notation regarding payment in full or settlement, the bank shall deposit such remittances and such deposits shall not indicate our acceptance of the remittance as payment in full or settlement.

ALL GOODS ARE SOLD UNDERSTANDING THAT THERE ARE NO SPECIFIC QUALITIES INHERENT OR EXPECTED IN SAME, THAT NEITHER COATINGS NOR BODYSTOCKS ARE FADE, SOIL, RUB, CRACK, OR TARNISH PROOF, NOR NON-CURLING, NOR POSSESSED OF ANY OTHER FEATURE UNLESS SO STATED IN YOUR ORDER, OUR ACKNOWLEDGEMENT AND OUR INVOICE. ALL CLAIMS MUST BE MADE WITHIN FIVE DAYS AFTER RECEIPT OF GOODS. NO CLAIMS WILL BE ENTERTAINED AFTER PAPER IS CUT, RULED OR PRINTED.
We hereby certify that these goods were produced in compliance with all applicable requirements of section 6, 7, and 12 of the Fair Labor Standards Act as amended, and of requisitions and orders of the United States Department of Labor under section 14 thereof.

TOTAL THIS INVOICE ▶ 13305.15

SCHEDULE 7
ATTACHMENT

The Schweitzer Brothers Co.
2715 COLERAIN AVENUE • CINCINNATI, OHIO 45225 • TELEPHONE (513) 542 5560

October 08, 2001

MIAMI WASHBASH PAPER

ATT: ROBERT KAMINSKI

RE: BOILER REPAIR

The repair work that was done on the Lattner Boiler.
The section of plate that was removed was replace with code material, all welds was made to the state code book.
The matcrial around the repair was in good there was no pits in the metal.
After all repair we made boiler was tested to 200 PSI.
After the boiler was set in place all control was tested to make sure that the boiler was working.
The boiler was inspected by the State boiler inspector and by Schweitzer Bros Inspector both inspector OK the boiler.
Warranty on the repair is for 1 year.
If the repair crack or starts leaking if the boiler is full of mud or scale the warranty will not be repair under the warranty.
Warranty starts Sept -21-01 for 1 year.
The metal around the repair was in good conduction there was no pits in the metal.

Item # 2
Ways to help keep the boiler clean,
Need to get the water softer repair, and blow down the boiler 1 time a day when in use.
Check Chemical level boiler asper chemical people.

If have question pleased call Daryl at 1-513-542-5550



RIECK
MECHANICAL
ELECTRICAL SERVICES
AN Exelon COMPANY

August 29, 2001

Robert Kaminski
Miami Wabash Paper Company
413 Oxford
Franklin, Ohio 45005

Dear Bob,

It is our professional recommendation that the inoperable boiler that has malfunctioned needs to be replaced rather than taking the risk of repair. Due to the unforeseen problems that may have occurred during the overheating, it is our opinion that integrity of the boiler may have been compromised

Because of safety concerns and the risk of repeated malfunctions, the new boiler installation is our proposed solution.

Please call if you have any questions.

Sincerely,

James R. Mobley
Sales Manager

Case No. 1:04cv853
M002295

5245 Wadsworth Rd. P.O. Box 13565, Northridge Station Dayton, Ohio 45413-0665 (937) 274-1987 FAX (937) 274 7392